



LAW OFFICES
**Stern & Eisenberg**
*www.sterneisenberg.com*

1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

February 16, 2021

**VIA FIRST-CLASS MAIL**
PRP Mortgage Service Inc.
11764 Trey Burton Dr.
El Paso, TX 79936

      RE:    United State Bankruptcy Court of the Middle District of Pennsylvania Case 19-02194-RNO

To Whom It May Concern:

    Please be advised that our law firm represented a prior mortgage servicer in the above-captioned bankruptcy. It appears that the mortgage secured by 585- 587 McKinley Street, Hazleton, PA 18201 may have been purchased by PRP Mortgage Service Inc. To that end, I write to advise you of your responsibility to file a Transfer of Claim pursuant to 11 U.S.C §3001(e)(2) which states:

    If a claim other than one based on a publicly traded note, bond, or debenture has been transferred other than for security after the proof of claim has been filed, evidence of the transfer shall be filed by the transferee. The clerk shall immediately notify the alleged transferor by mail of the filing of the evidence of transfer and that objection thereto, if any, must be filed within 21 days of the mailing of the notice or within any additional time allowed by the court. If the alleged transferor files a timely objection and the court finds, after notice and a hearing, that the claim has been transferred other than for security, it shall enter an order substituting the transferee for the transferor. If a timely objection is not filed by the alleged transferor, the transferee shall be substituted for the transferor.

    This matter should be considered urgent and should be sent to your legal counsel immediately upon receipt so they can take appropriate action.

    Please feel free to contact me by phone or email if you have any questions or concerns.

                                               Respectfully,

                                               /s/Daniel P. Jones
                                             Daniel P. Jones, Esq.
                                             (215) 572-8111 Ext. 1415
                                             djones@sterneisenberg.com